IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY CHANDLER,

    Plaintiff,

v.

TENNESSEE DEPARTMENT OF SAFETY
and DAVID MITCHELL, as Commissioner of
the Tennessee Department of Safety,

    Defendants.

No. 3:10-cv-01219
Judge Nixon
Magistrate Judge Bryant

JURY DEMAND

## ORDER

Trial is currently scheduled in the above-captioned matter for June 19, 2012. Defendants have now filed a Motion for Continuance of Trial Date ("Motion"), requesting that the trial be continued for six months due to the likely unavailability of a crucial witness. (Doc. No. 21.) The Motion indicates that Plaintiff does not oppose a continuance. (*Id.* at 2.) The Court therefore **GRANTS** the Motion and **CONTINUES** trial to **Tuesday, January 29, 2013 at 9:00 a.m.** The Court further **SCHEDULES** a pretrial conference on **Friday, January 18, 2013 at 10:00 a.m.**

    It is so ORDERED.

    Entered this the 4th day of May, 2012.

                                              JOHN T. NIXON, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT