## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARY CHANDLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:10-cv-01219** |
| | ) | **Judge Nixon** |
| **v.** | ) | **Magistrate Judge Bryant** |
| | ) | |
| **TENNESSEE DEPARTMENT OF SAFETY** | ) | **JURY DEMAND** |
| **and DAVID MITCHELL, as Commissioner of** | ) | |
| **the Tennessee Department of Safety,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Trial is currently scheduled in the above-captioned matter for June 19, 2012. Defendants

have now filed a Motion for Continuance of Trial Date ("Motion"), requesting that the trial be

continued for six months due to the likely unavailability of a crucial witness. (Doc. No. 21.)

The Motion indicates that Plaintiff does not oppose a continuance. (*Id.* at 2.) The Court

therefore **GRANTS** the Motion and **CONTINUES** trial to **Tuesday, January 29, 2013 at 9:00**

**a.m.** The Court further **SCHEDULES** a pretrial conference on **Friday, January 18, 2013 at**

**10:00 a.m.**

It is so ORDERED.

Entered this the _____4th_____ day of May, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT