```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

MARY CHANDLER,                )
                              )
    Plaintiff,              )
                              )
        v.              )    NO. 3:10-1219
                              )    Judge Nixon/Bryant
TENNESSEE DEPARTMENT OF SAFETY,)   **Jury Demand**
et al.,                       )
                              )
    Defendants.             )

### O R D E R

The Senior District Judge has set this matter for a jury trial on January 29, 2013, with a final pretrial conference on January 18, 2013 (Docket Entry No. 29). It appears that all deadlines have now passed in this matter. Therefore, the Magistrate Judge certifies this matter ready for trial, and the Clerk is **directed** to forward the file to the Senior District Judge. Unless otherwise directed by Judge Nixon, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge