UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY CHANDLER,<br><br>    Plaintiff<br><br>v.<br><br>TENNESSEE DEPARTMENT OF SAFETY<br>and DAVID MITCHELL, as<br>Commissioner of the Tennessee<br>Department of Safety,<br><br>    Defendants | No. 3:10-1219<br>Judge Nixon/Bryant/Brown<br>**Jury Demand** |

## O R D E R

Judge Nixon has referred this matter to the undersigned for a settlement conference. The parties are directed to jointly contact my Courtroom Deputy (615-736-5097) to select an available date for this conference.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge