```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

MARY CHANDLER,               )
                             )
        Plaintiff            )
                             )      No. 3:10-1219
v.                           )      Judge Nixon/Bryant/Brown
                             )      **Jury Demand**
TENNESSEE DEPARTMENT OF SAFETY )
and DAVID MITCHELL, as       )
Commissioner of the Tennessee )
Department of Safety,        )
                             )
        Defendants           )

### O R D E R

Judge Nixon has referred this matter to the undersigned for a settlement conference.  The parties are directed to jointly contact my Courtroom Deputy (615-736-5097) to select an available date for this conference.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge