IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY CHANDLER, ) | |
| ) | |
| Plaintiff, ) | No. 3:10-cv-01219 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| TENNESSEE DEPARTMENT OF SAFETY ) | |
| and DAVID MITCHELL, as Commissioner of ) | JURY DEMAND |
| the Tennessee Department of Safety, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter was previously set for trial on January 29, 2013. However, due to a criminal trial before the Court on that date, the trial was continued. The Court hereby reschedules trial in this case for **Tuesday, August 27, 2013, at 9:00 a.m.**, with a pre-trial conference to be held **Friday, August 16, 2013, at 10:00 a.m.** Plaintiff's Motion to Set Dates for Pretrial Conference and Trial (Doc. No. 46) is **TERMINATED as moot**.

It is so ORDERED.

This the 8 day of May, 2013.

SENIOR JUDGE JOHN T. NIXON
UNITED STATES DISTRICT COURT