IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY CHANDLER, ) | |
| ) | |
| Plaintiff, ) | No. 3:10-cv-01219 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| TENNESSEE DEPARTMENT OF SAFETY ) | |
| and DAVID MITCHELL, as Commissioner of ) | JURY DEMAND |
| the Tennessee Department of Safety, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Motion for Permission to File a Reply Memorandum to Plaintiff's Response to Defendants' Motion in Limine Number One ("Motion"), filed by Defendants Tennessee Department of Safety and David Mitchell. (Doc. No. 49.) Defendants request the Court permit them to file a reply in support of their first motion in limine (Doc. No. 24), in order to respond to an issue raised in Plaintiff's Response (Doc. No. 31). (*Id.* at 2.)

Because Defendants' Motion was filed over six months after the first motion in limine, the Court directed Defendants to supplement to their Motion with an explanation for the delay in their request to file a reply. (Doc. No. 50.) Defendants complied (Doc. No. 51) and the Court is satisfied with their explanation of the circumstances that led to the delay. Accordingly, the Court **GRANTS** the Motion (Doc. No. 49); Defendants have fourteen days from the entry of this Order to file a reply.

It is so ORDERED.

This the 11th day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT