IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY CHANDLER )
)
v. ) NO. 3-10-1219
) JUDGE CAMPBELL
TENNESSEE DEPARTMENT )
OF SAFETY, et al. )

ORDER

This matter is set for a jury trial on January 21, 2014. The Court held a Pretrial Conference on January 10, 2014.

Plaintiff's Motion in Limine to Exclude Alleged Statements of Prosecutor (Docket No. 62) is GRANTED. The witness may testify as to what he or she did, but not as to what another person (specifically the Assistant District Attorney) said. Such evidence is hearsay and is not necessary to the purpose for which it is offered.

Plaintiff's Motion in Limine to Exclude Evidence or Mention of Attorney's Fees (Docket No. 91) is GRANTED as unopposed. Defendants' request as to any mention of money damages is DENIED. Plaintiff is entitled to testify about the relief she seeks in this action.

Defendants' Motion in Limine to Exclude from Evidence Correspondence from Plaintiff's Counsel (Docket No. 100) is GRANTED. Plaintiff can testify as to this evidence, which is not disputed. Under F.R. Evid. 403, this correspondence is hearsay and is more prejudicial than probative.

In light of Defendants' agreement to redact, Plaintiff's Motion in Limine to Exclude August 17, 2010 Email from Timothy Clark (Docket No. 115) is moot.

Plaintiff's Motion to Exclude Certain Portions of Sgt. Lowell Russell's Deposition Testimony (Docket No. 117) is GRANTED. As discussed at the hearing, any testimony as to what the Assistant District Attorney said (that is, any statement attributed to the Assistant District Attorney) is hearsay and shall be excluded.

The parties may submit revised summaries of their theories to the Court by January 15, 2014. The parties shall confer and reduce any agreed-upon Stipulations to writing before trial. In addition, the parties shall confer about proposed exhibits. Any objections to proposed exhibits shall be filed with the Court by January 15, 2014, along with a copy of the exhibit at issue and the reasons for the objection.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE