IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY CHANDLER | ) |
| | ) |
| v. | ) NO. 3-10-1219 |
| | ) JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT | ) |
| OF SAFETY and DAVID | ) |
| MITCHELL, Commissioner of the | ) |
| Tennessee Department of Safety | ) |

JURY VERDICT FORM

We, the jury, find by a preponderance of the evidence as follows:

**1. Was Plaintiff Mary Chandler's resignation from employment with the Tennessee Department of Safety involuntary or voluntary?**

    ✓ Involuntary        \_\_\_\_ Voluntary

_____
JURY FOREPERSON

1/22/2014
_____
DATE