UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY CHANDLER | ) |
| | ) |
| v. | ) NO. 3-10-1219 |
| | ) JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT | ) |
| OF SAFETY and DAVID | ) |
| MITCHELL, Commissioner of the | ) |
| Tennessee Department of Safety | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Leave to File Reply (Docket No. 148).

The Motion is GRANTED.

Plaintiff shall have until March 19, 2014 to file any reply.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE