UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY CHANDLER | ) | |
| | ) | |
| v. | ) | NO. 3:10-1219 |
| | ) | JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF | ) | |
| SAFETY, et al. | ) | |

ORDER

Pending before the Court is the Plaintiff's Motion For Leave To File Reply Brief (Docket No. 153). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE