IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY CHANDLER | ) |
| | ) |
| v. | ) NO. 3-10-1219 |
| | ) JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT | ) |
| OF SAFETY, et al. | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Injunctive Relief and to Transfer Certain Claims to the Tennessee Civil Service Commission (Docket No. 144). Plaintiff's Motion is GRANTED in part and DENIED in part.

Plaintiff's Motion for Injunctive Relief is GRANTED, in light of the jury's verdict entered herein. Docket No. 136. As Defendants acknowledge, reinstatement (prospective injunctive relief) is permitted as a remedy in this case. Once she is reinstated, Plaintiff is entitled to minimum due process in accordance with Tennessee law.

Plaintiff's Motion to Transfer Certain Claims to the Tennessee Civil Service Commission is DENIED. Once the Defendants have provided minimum due process to the Plaintiff, Plaintiff may appeal any decision and assert her claims in accordance with Tennessee law.

Also pending before the Court are Defendants' Motion to Unseal the Trial Court Record (Docket No. 146) and Plaintiff's Motion to Seal and/or Prevent Distribution of Trial Transcripts and Discovery Documents to Any Person Involved in Minimum Due Process Procedures (Docket No. 156).

Defendants' Motion to Unseal the Trial Court Record (Docket No. 146) is GRANTED, and Plaintiff's Motion to Seal and/or Prevent Distribution (Docket No. 156) is DENIED. The trial of this action was open to the public and the docket of the Court is, with limited exceptions, public.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE