ORDER:
Motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10cv-1219 |
| ) | |
| TENNESSEE DEPARTMENT OF SAFETY, ) | Judge Campbell |
| And DAVID MITCHELL, as Commissioner ) | |
| Of the Tennessee Department of Safety, ) | Magistrate Judge Bryant |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY**

Plaintiff Mary Chandler respectfully moves this Court for leave to file a supplemental reply memorandum pursuant to Local Rule 7.01(b).

In this civil rights lawsuit, after a trial on the merits and jury verdict in her favor, Ms. Chandler moved this Court for her attorney's fees and costs under 42 U.S.C. § 1988(b). Defendants opposed the motion and Ms. Chandler filed a reply. [See CM/ECF dkt. no. 143 and 151, respectively]. Since that time, the procedural posture of this case has changed. Accordingly, Ms. Chandler requests leave to file a reply memorandum that supplements her reply. This is because a recent Order of the Court affects one of the arguments advanced by Defendants in their response to Ms. Chandler's motion for attorney's fees under 42 U.S.C. § 1988.

Plaintiff asks that she be granted leave to file the reply attached hereto as Exhibit 1.